**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Dirone Troy Underwood and | : | Chapter 13 |
| Cristie Marie Underwood | : | |
| Debtors | : | Case No.:  19-14805-elf |

**CERTIFICATE OF SERVICE**

I, Joseph Quinn, Counsel for Debtors, hereby certify that a true and correct copy of the Motion to Modify the Chapter 13 Plan (Post-Confirmation), along with Notice of Motion and proposed modified Chapter 13 plan filed on October 16, 2020, have been served upon the following by the means stated:

*Via Electronic Filing (ECF) on October 16, 2020:*

Lauren Berschler Karl, Esquire on behalf of Ditech Financial, LLC
lkarl@rascrane.com, lbkarl03@yahoo.com

Jason Brett Schwartz, Esquire on behalf of Capital One Auto Finance, a division of Capital One, N.A.
jschwartz@mesterschwartz.com

Rebecca Ann Solarz, Esquire on behalf of Specialized Loan Servicing LLC
bkgroup@kmllawgroup.com

William C. Miller, Esquire Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

*Via First Class United States Mail on October 16, 2020:*

Sharyn Roberts, Bankruptcy Specialist
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Andrew Cecere, CEO
US Bank, National Association as Trustee for
The Holders of the CSFB Home Equity
Trust Series 2006-2
209 S. LaSalle Street, 3rd Floor
Chicago, IL 60604

Amy Hudson, Bankruptcy Representative
Santander Consumer USA, Inc.
PO Box 961245
Fort Worth, TX 76161-1245

All other creditors on the mailing matrix not noticed by way of ECF.

          **ROSS, QUINN & PLOPPERT, P.C.**

By: */s/ Joseph Quinn*
    Joseph Quinn, Esquire
    Attorney I.D. 307467
    Ross, Quinn & Ploppert, P.C.
    192 S. Hanover Street, Suite 101
    Pottstown, PA  19464
    Ph: (610) 323-5300
    F:   (610) 323-6081

Dated: October 16, 2020