# UNITED STATES BANKRUPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Dirone Troy Underwood and | \| | Chapter 13 |
| Cristie Marie Underwood, | \| | |
| Debtor(s) | \| | BK No. 19-14805-elf |

## NOTICE OF SUPPLEMENTAL APPLICATION AND RESPONSE DEADLINE

    Joseph Quinn, Esquire, Counsel for Dirone Troy Underwood and Cristie Marie Underwood, has filed a Supplemental Application for Compensation on behalf of Ross, Quinn & Ploppert, P.C.

    **YOUR RIGHTS MAY BE AFFECTED.  YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE.  (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT AN ATTORNEY.)**

    1.    If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before November 16, 2020 you or your attorney must do ALL of the following:

    (a).    file an answer explaining your position at

> United States Bankruptcy Court
> Eastern District of Pennsylvania
> Robert N.C. Nix, Sr. Federal Courthouse
> 900 Market Street, Suite 400
> Philadelphia, PA 19107

    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)    mail a copy to attorney to movant:

> Joseph Quinn, Esquire
> ROSS, QUINN & PLOPPERT, P.C.
> 192 S. Hanover Street, Suite 101
> Pottstown, PA  19464

    2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief in the motion.

    3.    If you require a copy of the application, a copy will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

**ROSS, QUINN & PLOPPERT, P.C.**

By:    */s/ Joseph Quinn*
       Joseph Quinn, Esquire
       Attorney I.D. No. 307467
       192 S. Hanover Street, Suite 101
       Pottstown, PA 19464
       T: 610.323.5300
       F: 610.323.6081
       JQuinn@RQPLaw.com
       Counsel for Debtors

Date:  October 26, 2020