## UNITED STATES BANKRUPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re: Dirone Troy Underwood and** | \| | **Chapter 13** |
| **Cristie Marie Underwood,** | \| | |
| **Debtor(s)** | \| | **BK No. 19-14805-elf** |

### CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor, hereby certify that a true and correct copy of the Supplemental Application for Compensation and Notice of Supplemental Application has been served upon the following by the means stated:

***Via Electronic Filing (ECF) on October 26, 2020:***

Lauren Berschler Karl on behalf of Creditor Ditech Financial, LLC
lkarl@rascrane.com, lbkarl03@yahoo.com

William C. Miller, Esq., Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

Jason Brett Schwartz on behalf of Creditor Capital One Auto Finance, a division of Capital One, N.A.
jschwartz@mesterschwartz.com

Rebecca Ann Solarz on behalf of Creditor Specialized Loan Servicing LLC
bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

***Via First Class Mail, Postage Pre-Paid on October 26, 2020:***

Dirone & Cristie Underwood
71 South Price Street
Pottstown, PA 19464

All other creditors not otherwise notified electronically listed on the mailing matrix.

1

**ROSS, QUINN & PLOPPERT, P.C.**

By:    */s/ Joseph Quinn*
       Joseph Quinn, Esquire
       Attorney I.D. No. 307467
       192 S. Hanover Street, Suite 101
       Pottstown, PA 19464
       T: 610.323.5300
       F: 610.323.6081
       JQuinn@RQPLaw.com

Date: October 26, 2020    Counsel for Debtor