IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE:  Dirone Troy Underwood and | : | Chapter 13 | |
| Cristie Marie Underwood, | : | | |
| Debtor | : | No.: 19-14805-elf | |

## CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for Dirone Troy Underwood and Cristie Marie Underwood, Debtors in the above-captioned matter.

2. That a motion to modify the plan was filed with the Court on October 16, 2020.

3. That a copy of the Motion, along with a Notice of Motion were served on parties in interest on October 16, 2020.

4. That a certificate of service was filed with the court on October 16, 2020 declaring timely service to the above-referenced parties.

5. A response to the Motion was due on or before November 5, 2020.

6. No response to said Motion has been received as of November 17, 2020.

ROSS, QUINN & PLOPPERT, P.C.

BY:   */s/ Joseph Quinn*
Joseph Quinn, Esquire
Attorney I.D. No. 307467
192 S. Hanover Street, Suite 101
Pottstown, PA  19464
T: (610) 323 - 5300
F: (610) 323 - 6081
Date:  November 17, 2020              JQuinn@rqplaw.com