United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-14805-elf |
| Dirone Troy Underwood | Chapter 13 |
| Cristie Marie Underwood | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 2 |
| Date Rcvd: Nov 17, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dirone Troy Underwood, Cristie Marie Underwood, 71 South Price Street, Pottstown, PA 19464-5857 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2020               Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JASON BRETT SCHWARTZ | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. jschwartz@mesterschwartz.com |
| JOSEPH L QUINN | on behalf of Plaintiff Cristie Marie Underwood CourtNotices@rqplaw.com |
| JOSEPH L QUINN | on behalf of Plaintiff Dirone Troy Underwood CourtNotices@rqplaw.com |
| JOSEPH L QUINN | on behalf of Debtor Dirone Troy Underwood CourtNotices@rqplaw.com |
| JOSEPH L QUINN | on behalf of Joint Debtor Cristie Marie Underwood CourtNotices@rqplaw.com |
| LAUREN BERSCHLER KARL | |

District/off: 0313-2 | User: Adminstra | Page 2 of 2
Date Rcvd: Nov 17, 2020 | Form ID: pdf900 | Total Noticed: 1

                on behalf of Creditor Ditech Financial  LLC lkarl@rascrane.com, lbkarl03@yahoo.com

REBECCA ANN SOLARZ
                on behalf of Creditor Specialized Loan Servicing LLC bkgroup@kmllawgroup.com

United States Trustee
                USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
                ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
    DIRONE TROY UNDERWOOD :
    CRISTIE MARIE UNDERWOOD, :
        Debtors : Bky. No. 19-14805 ELF

# O R D E R

**AND NOW,** upon consideration of the Debtors' Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtors' Amended Chapter 13 Plan (Doc. #65) is **APPROVED**.

Date:  November 17, 2020

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**