# UNITED STATES BANKRUPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Dirone Troy Underwood | Chapter 13 |
| and Cristie Marie Underwood | |
| Debtor(s) | BK No. 19-14805-elf |

## CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for Dirone Troy Underwood and Cristie Marie Underwood, debtors in the above-captioned matter.

2. That a copy of the Supplemental Application for Compensation filed with the Court on October 26, 2020 along with the Notice of Application and Certificate of Service were timely served on parties in interest on October 26, 2020.

3. A response deadline to the application was due on or before November 16, 2020.

4. As of November 23, 2020, no response to said Application has been received.

        **ROSS, QUINN & PLOPPERT, P.C.**

        By: */s/ Joseph L. Quinn*
           Joseph L. Quinn, Esquire
           Attorney for Debtor
           Attorney I.D. No. 307467
           192 S. Hanover Street, Suite 101
           Pottstown, PA 19464
           Ph: (610) 323-5300

Dated: November 23, 2020