# EXHIBIT C

   Debtor(s) executed a promissory note secured by a mortgage or deed of trust. The promissory note is either made payable to Movant, has been duly indorsed, or Movant, directly or through an agent, has possession of the promissory note and may enforce the promissory note as a transferee in possession. Movant is the original mortgagee or beneficiary or the assignee of the mortgage or deed of trust. If the original promissory note is lost or destroyed, then Movant will seek to prove the promissory note using a lost note affidavit.