United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 19-14805-elf

Dirone Troy Underwood                                                        Chapter 13

Cristie Marie Underwood

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                                       User: admin                                          Page 1 of 2

Date Rcvd: Feb 08, 2021                           Form ID: trc                                  Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| 14571737 | + Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2021                          Signature:            /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JASON BRETT SCHWARTZ | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. jschwartz@mesterschwartz.com |
| JOSEPH L QUINN | on behalf of Plaintiff Cristie Marie Underwood CourtNotices@rqplaw.com |
| JOSEPH L QUINN | on behalf of Plaintiff Dirone Troy Underwood CourtNotices@rqplaw.com |
| JOSEPH L QUINN | on behalf of Debtor Dirone Troy Underwood CourtNotices@rqplaw.com |
| JOSEPH L QUINN | on behalf of Joint Debtor Cristie Marie Underwood CourtNotices@rqplaw.com |
| LAUREN BERSCHLER KARL | |

on behalf of Creditor Ditech Financial  LLC lkarl@rascrane.com, lbkarl03@yahoo.com

REBECCA ANN SOLARZ

on behalf of Creditor SPECIALIZED LOAN SERVICING LLC bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ

on behalf of Creditor Specialized Loan Servicing LLC bkgroup@kmllawgroup.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.

ecfemails@ph13trustee.com  philaecf@gmail.com


TOTAL: 10

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 19-14805-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Dirone Troy Underwood
71 South Price Street
Pottstown PA 19464

Cristie Marie Underwood
71 South Price Street
Pottstown PA 19464

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/06/2021.

Name and Address of Alleged Transferor(s):

Claim No. 9: Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111

Name and Address of Transferee:

US Bank Trust National Association
c/o Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   02/10/21

Tim McGrath
**CLERK OF THE COURT**