**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Dirone Troy Underwood                              CHAPTER 13
        Cristie Marie Underwood f/k/a
Cristie Williams                                          BKY. NO. 19-14805
        Debtor(s)

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust and index same on the master mailing list.

        Respectfully submitted,

/s/ **Rebecca Solarz**
Rebecca Solarz
22 Apr 2022, 15:14:32, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322