THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Dirone Troy Underwood and | : | Chapter 13 |
| Cristie Marie Underwood, | : | |
| Debtors | : | No. : 19-14805-elf |

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, Counsel for Debtors, hereby certify that a true and correct copy of the Motion to Modify the Chapter 13 Plan (Post-Confirmation), along with Notice of Motion and proposed modified Chapter 13 plan filed on August 16, 2022, have been served upon the following by the means stated:

*Via Electronic Filing (ECF) on August 16, 2022:*

Lauren Berschler Karl on behalf of Creditor Ditech Financial, LLC
lkarl@rascrane.com, lbkarl03@yahoo.com

Brian Craig Nicholas on behalf of Creditor US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust
bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Jason Brett Schwartz on behalf of Creditor Capital One Auto Finance, a division of Capital One, N.A.
jschwartz@mesterschwartz.com

Rebecca Ann Solarz on behalf of Creditor Specialized Loan Servicing, LLC
bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

Rebecca Ann Solarz on behalf of Creditor Specialized Loan Servicing LLC
bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

Rebecca Ann Solarz on behalf of Creditor US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust
bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Kenneth E. West, Esq., Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

*Via First Class United States Mail on August 16, 2022:*

Sharyn Roberts, Bankr. Specialist
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Andrew Cecere, CEO
US Bank, National Association as Trustee for
The Holders of the CSFB Home Equity
Trust Series 2006-2
209 S. LaSalle Street, 3rd Floor
Chicago, IL 60604

Amy Hudson, Bankr. Representative
Santander Consumer USA, Inc.
PO Box 961245
Fort Worth, TX 76161-1245

All other creditors on the mailing matrix not noticed by way of ECF.

                              **ROSS, QUINN & PLOPPERT, P.C.**

                              By: */s/ Joseph Quinn*
                                  Joseph Quinn, Esquire
                                  Attorney I.D. 307467
                                  Ross, Quinn & Ploppert, P.C.
                                  192 S. Hanover Street, Suite 101
                                  Pottstown, PA  19464
                                  Ph: (610) 323-5300
                                  F:   (610) 323-6081

Dated: August 16, 2022