# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Cristie Marie Underwood f/k/a Cristie Williams<br>Dirone Troy Underwood<br>Debtor(s) | CHAPTER 13 |
| US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust, its successors and/or assigns<br>Movant<br>vs. | NO. 19-14805 ELF |
| Cristie Marie Underwood f/k/a Cristie Williams<br>Dirone Troy Underwood<br>Debtor(s) | 11 U.S.C. Section 362 |
| Kenneth E. West<br>Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Certification of Default of US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust, which was filed with the Court on or about **August 12, 2022, docket number 96**.

        Respectfully submitted,

        /s/ Rebecca A. Solarz, Esq.
        _____
        Rebecca A. Solarz, Esquire
        KML Law Group, P.C.
        BNY Mellon Independence Center
        701 Market Street, Suite 5000
        Philadelphia, PA  19106
        Phone: (215)-627-1322

Dated: August 19, 2022