THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Dirone Troy Underwood and | : | Chapter 13 |
| Cristie Marie Underwood, | : | |
| Debtors | : | No. : 19-14805-elf |

## CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for Dirone Troy Underwood and Cristie Marie Underwood, debtor in the above-captioned matter.

2. That a copy of the Supplemental Application for Compensation filed with the Court on August 26, 2022 along with the Notice of Application and Certificate of Service were timely served on parties in interest on August 26, 2022.

3. A response deadline to the application was due on or before September 16, 2022.

4. As of September 19, 2022, no response to said Application has been received.

ROSS, QUINN & PLOPPERT, P.C.

By: */s/ Joseph L. Quinn*
Joseph L. Quinn, Esquire
Attorney for Debtor
Attorney I.D. No. 307467
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
Ph: (610) 323-5300

Dated: September 19, 2022