**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re: | Case No. 19-14805 |
| Dirone Troy Underwood, | Chapter 13 |
| Cristie Marie Underwood, | |
| Debtors. | Judge Patricia M. Mayer |

**REQUEST FOR SERVICE OF NOTICE**

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Bonial & Associates, P.C. has been engaged by the interested party identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankruptcy Court upon the creditor at the following address:

NewRez LLC d/b/a Shellpoint Mortgage Servicing
PO Box 10826,
Greenville, South Carolina 29603-0826

Respectfully submitted,
Bonial & Associates, P.C.

/s/ Paul W. Cervenka
Paul W. Cervenka
14841 Dallas Parkway, Suite 350
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
E-mail: POCInquiries@BonialPC.com
Authorized Agent for NewRez LLC d/b/a
Shellpoint Mortgage Servicing

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before October 17, 2024 via electronic notice unless otherwise stated:

**Debtor**           *Via U.S. Mail*
Dirone Troy Underwood
71 South Price Street
Pottstown, PA 19464


**Debtor**           *Via U.S. Mail*
Cristie Marie Underwood
71 South Price Street
Pottstown PA 19464


**Debtors' Attorney**
Joseph L. Quinn
Ross, Quinn & Ploppert, P.c.
192 S. Hanover Street Suite 101
Pottstown, PA  19464


**Chapter 13 Trustee**
Kenneth E. West
1234 Market Street, Suite 1813
Philadelphia, Pennsylvania 19107


                                                                /s/ Paul W. Cervenka
                                                                Paul W. Cervenka