THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Dirone Troy Underwood and | : | Chapter 13 |
| Cristie Marie Underwood, | : | |
| Debtors | : | No. : 19-14805-pmm |

## CERTIFICATION OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtors, certify that on November 20, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Modified Chapter 13 Plan dated November 20, 2025

- Motion to Modify, Proposed Order

- Notice of Motion

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date:  November 20, 2025           By:     */s/ Joseph Quinn*
                                           Joseph Quinn, Esquire
                                           Attorney I.D. No. 307467
                                           **ROSS, QUINN & PLOPPERT, P.C.**
                                           192 S. Hanover Street, Suite 101
                                           Pottstown, PA 19464
                                           T: 610.323.5300
                                           JQuinn@rqplaw.com

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to next page if necessary.)

Denise Elizabeth Carlon, Esq.
bkgroup@kmllawgroup.com
On behalf of Creditor Specialized Loan Servicing LLC and Creditor US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust
Via:    ☒ CM/ECF     ☐1st Class Mail      ☐Certified Mail     ☐e-mail:
        ☐Other:

1

Lauren Berschler Karl, Esq.
lkarl@rascrane.com, lbkarl03@yahoo.com
On behalf of Creditor Ditech Financial, LLC
Via:    ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
    ☐ Other:

Jason Brett Schwartz, Esq.
bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com
On behalf of Creditor Capital One Auto Finance, a division of Capital One, N.A.
Via:    ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
    ☐ Other:

Kenneth E. West, Esq.
ecfemails@ph13trustee.com, philaecf@gmail.com
Chapter 13 Trustee
Via:    ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
    ☐ Other:

Office of the United States Trustee
USTPRegion03.PH.ECF@usdoj.gov
United States Trustee
Via:    ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
    ☐ Other:

Amy Hudson, Bankr. Representative
Santander Consumer USA, Inc.
PO Box 961245
Fort Worth, TX 76161-1245
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
    ☐ Other:

Leigh Faulkner, Auth. Agent
Quantum3 Group LLC as agent for MOMA Trust LLC
PO Box 788
Kirkland, PA 98083-0788
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
    ☐ Other:

Sharyn Roberts, Bankr. Specialist
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346
Creditor
Via:   ☐ CM/ECF   ☒ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
☐ Other:

Drexel University
c/o J. Scott Watson, Esquire
24 Regency Plaza
Glen Mills, PA 19342
Creditor
Via:   ☐ CM/ECF   ☒ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
☐ Other:

Mee Xiong, Operational Specialist
Educational Credit Management Corporation
PO Box 16408
St. Paul, MN 55116-0408
Creditor
Via:   ☐ CM/ECF   ☒ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
☐ Other:

Avi Schlid, President
Atlas Acquisitions LLC
294 Union Street
Hackensack, NJ 07601
Creditor
Via:   ☐ CM/ECF   ☒ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
☐ Other:

Rhonda Niner, Bankr. Specialist
Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090
Creditor
Via:   ☐ CM/ECF   ☒ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
☐ Other:

David Lamb, Claims Processor
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

Joe Davilla, President/CEO
Selene Finance LP
3501 Olympus Blvd, Suite 500
Coppell, TX 75019
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other: