**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | ) | Chapter **13** |
| **Dirone Troy Underwood** | ) | |
| **Cristie Marie Underwood** | | |
| Debtor | ) | Bankruptcy No.**19-14805** |

SUPPLEMENTAL APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SERVICES PERFORMED AFTER CONFIRMATION OF CHAPTER 13 PLAN

.........................................................................................

Joseph Quinn, Counsel for Debtors, applies under § 330 of the Code for an order directing the chapter 13 trustee to pay an award of compensation and reimbursement of actual, necessary expenses for services performed after confirmation of the debtor's chapter 13 plan and represents:

1. Applicant is counsel for debtors.

2. The debtors filed a petition under chapter 13 of the Bankruptcy Code on July 31, 2019.

3. The debtors' chapter 13 plan was confirmed by the court on March 10, 2020.

4. The debtor paid the applicant $300.00 prior to the filing of the chapter 13 petition.

5. Applicant's prior applications:

**First Application Period**

July 31, 2019 to March 10, 2020 Date of Order: March 30, 2020

| | Requested | Allowed | Paid | Due |
|---|---|---|---|---|
| Fees | $ **4,700.00** | $ **4,700.00** | $ **4,700.00** | $ **0.00** |
| Expenses | $ **74.00** | $ **74.00** | $ **74.00** | $ **0.00** |

**Second Application Period**

March 11, 2020 to October 26, 2020 Date of Order: November 24, 2020

| | | | | |
|---|---|---|---|---|
| Fees | $ **1,280.50** | $ **1,000.00** | $ **1,000.00** | $ **0.00** |
| Expenses | $ **0.00** | $ **0.00** | $ **0.00** | $ **0.00** |
| Grand Totals | $ **6,054.50** | $ **5,774.00** | $ **5,774.00** | $ **0.00** |

**ThirdApplication Period**

October 26, 2020 to August 26, 2022 Date of Order: November 4, 2022

| | | | | |
|---|---|---|---|---|
| Fees | $ **950.00** | $ **950.00** | $ **950.00** | $ **0.00** |

| | | | | |
|---|---|---|---|---|
| Expenses | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Grand Totals | $ 7,004.50 | $ 6,724.00 | $ 6,724.00 | $ 0.00 |

6. Applicant requests an award of supplemental compensation of $1,100.00 for 7.30 hours expended in providing the following services: Review prior modified plan, claims, income; correspondence with debtors and Trustee; preparation and filing of modified plan, motion to modify, notice of motion, proposed order, certificate of service; service upon creditors and debtors.

7. Applicant requests that compensation be awarded at the following hourly rate(s):
   Attorney Joseph Quinn - $350/hour
   Paralegal Melissa Koons - $140/hour

8. Applicant requests reimbursement of expenses in the amount of $0.00 for the following expenses: N/A

9. A copy of the applicant's disclosure of compensation pursuant to F.R.B.P. 2016(b) is attached as Exhibit "A"

10. Attached as Exhibit B is a copy of the applicants time records setting forth the dates and amount of time expended for the services performed on behalf of the debtor after confirmation of debtor's chapter 13 plan.

11. All services rendered and expenses incurred for which compensation or reimbursement is requested

    a. were performed or incurred for or on behalf of the debtor, the services and expenses were actual and necessary, and the compensation requested for those services is reasonable; and

    b. are not duplicative of services and expenses for which compensation or reimbursement was previously requested.

12. If this supplemental application is granted, the debtor's confirmed chapter 13 plan (check whichever is applicable)

    ☑ is adequately funded.

    ☐ is not adequately funded.

13. None of the compensation paid to applicant will be shared with any person other than a member or regular associate of applicant's law firm unless 11 U.S.C §504(c) applies.

WHEREFORE, Applicant requests an award of $1,100.00 in compensation and of $0.00 in reimbursement of actual, necessary expenses.

Dated: November 24, 2025

Signed: **/s/ Joseph Quinn**
Applicant

By: **Joseph Quinn**
Name: **Ross, Quinn & Ploppert, P.C.**
Address: **192 S. Hanover Street, Suite 101**
**Pottstown, PA 19464**
Phone No.: **610-323-5300**
Fax No.: **610-323-6081**