THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Dirone Troy Underwood and | : | Chapter 13 |
| Cristie Marie Underwood, | : | |
| Debtors | : | Bankruptcy No.: 19-14805-pmm |

## CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for Dirone Troy Underwood and Cristie Marie Underwood, Debtors in the above-captioned matter.

2. That a motion to modify the plan was filed with the Court on November 20, 2025.

3. That a copy of the Motion, along with the proposed modified plan and Notice of Motion were served on parties in interest on November 20, 2025.

4. That a certificate of service was filed with the court on November 20, 2025 declaring timely service to the above-referenced parties.

5. A response to the Motion was due on or before December 11, 2025.

6. No response to said Motion has been received as of December 15, 2025.

 

ROSS, QUINN & PLOPPERT, P.C.

BY:    */s/ Joseph Quinn*
       Joseph Quinn, Esquire
       Attorney I.D. No. 307467
       192 S. Hanover Street, Suite 101
       Pottstown, PA  19464
       T: (610) 323 - 5300
       F: (610) 323 - 6081
Date: December 15, 2025       JQuinn@rqplaw.com