THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Dirone Troy Underwood and | : | Chapter 13 |
| Cristie Marie Underwood, | : | |
| Debtors | : | No.: 19-14805-pmm |

## ORDER GRANTING MOTION TO MODIFY PLAN

AND NOW, upon consideration of the Debtors' Motion to Modify the confirmed chapter 13 Plan (doc. # 136), the "Motion";

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. # 133) is **approved**.

Date:  12/16/25

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE