THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Dirone Troy Underwood and          :          Chapter 13
        Cristie Marie Underwood,           :
                Debtors                     :          No. : 19-14805-pmm

## CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for Dirone Troy Underwood and Cristie Marie Underwood, debtors in the above-captioned matter.

2. That a copy of the Supplemental Application for Compensation filed with the Court on November 24, 2025 along with the Notice of Application and Certificate of Service were timely served on parties in interest on November 24, 2025.

3. A response deadline to the application was due on or before December 15, 2025.

4. As of January 8, 2026, no response to said Application has been received.


                                                                   **ROSS, QUINN & PLOPPERT, P.C.**

                                                                   By: */s/ Joseph L. Quinn*
                                                                        Joseph L. Quinn, Esquire
                                                                        Attorney for Debtor
                                                                        Attorney I.D. No. 307467
                                                                        192 S. Hanover Street, Suite 101
                                                                        Pottstown, PA 19464
                                                                        Ph: (610) 323-5300

Dated: January 8, 2026