United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-14805-pmm |
| Dirone Troy Underwood | Chapter 13 |
| Cristie Marie Underwood | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jul 21, 2026 | Form ID: pdf900 | Total Noticed: 41 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dirone Troy Underwood, Cristie Marie Underwood, 71 South Price Street, Pottstown, PA 19464-5857 |
| 14399231 | | Ditech Financial LLC, PO Box 12740, TEMPE, AZ 85284-0046 |
| 14366137 | + | Ditech Financial LLC, PO Box 12765, Tempe, AZ 85284-0047 |
| 14381828 | + | Drexel University, J. Scott Watson, Esquire, 24 Regency Plaza, Glen Mills, Pa 19342-1001 |
| 14366138 | + | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 14366140 | + | Intrst Ctc, 21 West Fornance St, Norristown, PA 19401-3300 |
| 14937475 | + | NewRez LLC d/b/a Shellpoint, Mortgage Servicing, c/o Paul W. Cervenka, Esq., 14841 Dallas Parkway, Ste. 350, Dallas, Texas 75254-7685 |
| 14419962 | + | Ross, Quinn & Ploppert, P.C., 192 S. Hanover Street, Suite 101, Pottstown, PA 19464-6096 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 22 2026 02:19:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 22 2026 02:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: mtgbk@shellpointmtg.com | Jul 22 2026 02:18:00 | J.P. Morgan Mortgage Acquisition Corp. C/o NewRez, PO Box 10826, Greenville, SC 29603-0826, UNITED STATES 29603-0826 |
| cr | + | Email/Text: mtgbk@shellpointmtg.com | Jul 22 2026 02:18:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826, UNITED STATES 29603-0826 |
| cr | | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 22 2026 02:18:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129 |
| cr | + | Email/Text: SLSBKNotices@nationalbankruptcy.com | Jul 22 2026 02:18:00 | Specialized Loan Servicing LLC, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| 14366130 | | Email/Text: bankruptcy-Letters@accountcontrolholdings.com | Jul 22 2026 02:19:00 | Account Control Techno, 5531 Business Park S Suite 100, Bakersfield, CA 93309 |
| 14389991 | | Email/Text: bnc@atlasacq.com | Jul 22 2026 02:18:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 14389849 | | Email/Text: bnc@atlasacq.com | Jul 22 2026 02:18:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14366131 | + | Email/Text: bncnotifications@pheaa.org | Jul 22 2026 02:18:00 | Aes/suntrust Bank, Pob 61047, Harrisburg, PA 17106-1047 |
| 14366132 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

District/off: 0313-2
User: admin
Page 2 of 4

Date Rcvd: Jul 21, 2026
Form ID: pdf900
Total Noticed: 41

| | | | | |
|---|---|---|---|---|
| | | | Jul 22 2026 02:20:28 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14366133 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | | |
| | | | Jul 22 2026 02:20:32 | Capital One Auto Finance, Po Box 259407, Plano, TX 75025-9407 |
| 14369147 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |
| | | | Jul 22 2026 02:20:23 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14384427 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |
| | | | Jul 22 2026 02:20:22 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14366134 | + | Email/Text: bankruptcycollections@citadelbanking.com | | |
| | | | Jul 22 2026 02:19:00 | Citadel, 520 Eagleview Boulevard, Exton, PA 19341-1119 |
| 14366135 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Jul 22 2026 02:18:00 | Comenity Bank/torrid, Po Box 182789, Columbus, OH 43218-2789 |
| 14366136 | + | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Jul 22 2026 02:20:24 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14372614 | + | Email/Text: RASEBN@raslg.com | | |
| | | | Jul 22 2026 02:18:00 | Ditech Financial, LLC, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 14383561 | | Email/Text: ECMCBKNotices@ecmc.org | | |
| | | | Jul 22 2026 02:18:00 | Educational Credit Management Corporation, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14366139 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Jul 22 2026 02:18:00 | Internal Revenue Service, Insolvency Section, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14366141 | ^ | MEBN | | |
| | | | Jul 22 2026 02:13:31 | KML Law Group, Suite 6000 BNY Mellon Ind. Center, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14402797 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jul 22 2026 02:20:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14366142 | + | Email/Text: MDSBankruptcies@meddatsys.com | | |
| | | | Jul 22 2026 02:18:00 | Medical Data Systems I, 645 Walnut St, Gadsden, AL 35901-4173 |
| 14396029 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Jul 22 2026 02:18:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14946911 | | Email/Text: mtgbk@shellpointmtg.com | | |
| | | | Jul 22 2026 02:18:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, South Carolina 29603-0826 |
| 14366143 | | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Jul 22 2026 02:20:27 | Pay Pal/Bill Me Later, PO Box 105658, Atlanta, GA 30348-5658 |
| 14367983 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Jul 22 2026 02:18:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14366144 | + | Email/Text: enotifications@santanderconsumerusa.com | | |
| | | | Jul 22 2026 02:19:00 | Santander Consumer USA Inc., Po Box 961245, Ft Worth, TX 76161-0244 |
| 14429790 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
| | | | Jul 22 2026 02:18:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14571737 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
| | | | Jul 22 2026 02:18:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 14528992 | ^ | MEBN | | |
| | | | Jul 22 2026 02:13:31 | Specialized Loan Servicing LLC, C/O KML Law Group, Rebecca A. Solarz, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14581487 | ^ | MEBN | | |
| | | | Jul 22 2026 02:13:26 | US Bank Trust National Association, c/o Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14685869 | ^ | MEBN | | |
| | | | Jul 22 2026 02:13:31 | US Bank Trust National Association as trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

District/off: 0313-2          User: admin          Page 3 of 4

Date Rcvd: Jul 21, 2026          Form ID: pdf900          Total Noticed: 41

TOTAL: 33

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Ditech Financial, LLC, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| cr | *+ | SPECIALIZED LOAN SERVICING LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| cr | *+ | SPECIALIZED LOAN SERVICING, LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| cr | * | US Bank Trust National Association, c/o Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14390797 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |

TOTAL: 0 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2026          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JASON BRETT SCHWARTZ | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| JOSEPH L QUINN | on behalf of Plaintiff Dirone Troy Underwood CourtNotices@rqplaw.com |
| JOSEPH L QUINN | on behalf of Debtor Dirone Troy Underwood CourtNotices@rqplaw.com |
| JOSEPH L QUINN | on behalf of Joint Debtor Cristie Marie Underwood CourtNotices@rqplaw.com |
| JOSEPH L QUINN | on behalf of Plaintiff Cristie Marie Underwood CourtNotices@rqplaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| LAUREN BERSCHLER KARL | on behalf of Creditor Ditech Financial  LLC lkarl@rascrane.com, lbkarl03@yahoo.com |
| MATTHEW K. FISSEL | on behalf of Creditor Specialized Loan Servicing LLC bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |

District/off: 0313-2                       User: admin                                    Page 4 of 4

Date Rcvd: Jul 21, 2026                    Form ID: pdf900                              Total Noticed: 41

MATTHEW K. FISSEL
    on behalf of Creditor SPECIALIZED LOAN SERVICING LLC bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

MATTHEW K. FISSEL
    on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For
VRMTG Asset Trust bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 12

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                              Chapter 13
    DIRONE TROY UNDERWOOD
    CRISTIE MARIE UNDERWOOD                    Bankruptcy No. 19-14805-PMM

           Debtors

## ORDER

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

    **IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: July 21, 2026**

_____
Honorable Patricia M. Mayer
Bankruptcy Judge